UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SULLIVAN

VERSUS

LEBLANC, ET AL.

CIVIL ACTION

19-111-SDD-RLB

### RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 22, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* relief is hereby DENIED, and this proceeding is DISMISSED in its entirety.

**IT IS FURTHER ORDERED** that, in the event the Petitioner pursues an appeal in this case, a certificate of appealability be denied.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana on March 29, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 11.